**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW HOVIOUS,<br><br>Defendant. | 3:17-cr-00098-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, RENE L. VALLADARES, Federal Public Defender, and SEAN MCCLELLAND, Assistant Federal Public Defender, counsel for defendant MATHEW HOVIOUS, that the Revocation of Supervised Release Hearing currently scheduled for August 15, 2024, at 1:45 p.m., be vacated and continued to **August 22, 2024, at 11:00 a.m.**

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.
2. Failure to grant this extension of time would deprive the defendant continuity

of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 7th day of August, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | */s/ Sean McClelland*<br>SEAN MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for Defendant |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:17-cr-00098-HDM-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| MATHEW HOVIOUS, | |
| Defendant. | |

IT IS ORDERED that the currently scheduled Revocation of Supervised Release Hearing for August 15, 2024, at 1:45 p.m., is vacated and continued to **August 22, 2024, at 11:30 a.m.**, in Reno Courtroom 4 before District Judge Howard D. McKibben.

**IT IS SO ORDERED** this 8th day of August, 2024.

_____
HONORABLE HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE

3