UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW HOVIOUS,<br><br>Defendant. | Case No: 3:17-cr-00098-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCELLAND, counsel for MATHEW HOVIOUS and United States Attorney JASON M. FRIERSON, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for August 22, 2024, at 11:30 AM, be vacated and continued to November 13, 2024, at 11:30 AM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 20th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Sean A. McCelland*<br>　　SEAN A. MCCELLAND<br>　　Assistant Federal Public Defender<br>　　Counsel for MATHEW HOVIOUS | By */s/ Randolph J. St. Clair*<br>　　RANDOLPH J. ST. CLAIR<br>　　Assistant United States Attorney<br>　　Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for August 22, 2024, at 11:30 AM, be vacated and continued to November 13, 2024, at 11:30 AM. in Reno Courtroom 4 before District Judge Howard D. McKibben. **IT IS SO ORDERED**.

DATED this 20th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE