# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATHEW HOVIOUS,<br><br>　　　　Defendant. | Case No. 3:17-cr-00098-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for MATHEW HOVIOUS and Acting United States Attorney SUE FAHAMI, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for April 29, 2025, at 11:00 AM, be vacated and continued to July 8, 2025, at 10:00 AM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the third request for a continuance.

DATED this 27th day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Sean A. McClelland*<br>    SEAN A. MCCLELLAND<br>    Assistant Federal Public Defender<br>    Counsel for MATHEW HOVIOUS | By */s/ Randolph J. St. Clair*<br>    RANDOLPH J. ST. CLAIR<br>    Assistant United States Attorney<br>    Counsel for the Government |

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Revocation Hearing currently set for April 29, 2025, at 11:00 AM, be vacated and continued to July 8, 2025, at 10:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 31st day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE